■ JOSEPH BUSH et al., Respondents, v WESTINGHOUSE ELECTRIC CORPORATION, Appellant and Third-Party Plaintiff-Respondent-Appellant. NIAGARA MOHAWK POWER CORP. et al., Third-Party Defendants-Appellants-Respondents. (Appeal No. 1.)—Judgment unanimously modified on the law and facts and as modified affirmed without costs, in accordance with the following memorandum: From our review of the record, we conclude that the damages awarded are excessive. We grant a new trial on the issue of damages only unless, within 20 days after the service of a copy of the order to be entered herein, plaintiffs stipulate to a reduction in the verdicts to $1,500,000 for plaintiff Joseph Bush and to $300,000 for plaintiff Betty Bush. (Appeals from judgment of Supreme Court, Oswego County, Hurlbutt, J.—jury award.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.